U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 MAY 23 PM 4 11

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-CR-102-J |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. §§ 922(g)(5)(A) and |
| | ) | 924(a)(2) |
| v. | ) | (Illegal Alien in Possession of Firearm) |
| | ) | |
| MARTIN ANTONIO PAREDES-ZAMORANO, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about November 3, 2012, in the District of Wyoming, the Defendant, **MARTIN ANTONIO PAREDES-ZAMORANO,** being an alien who was unlawfully in the United States, knowingly possessed a firearm, that is, a Phoenix Arms .25 caliber handgun, serial number 3053538, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2).

A TRUE BILL:

_[signature]_
FOREPERSON

_[signature]_
CHRISTOPHER A. CROFTS
United States Attorney

# PENALTY SUMMARY

**DEFENDANT NAME:**     MARTIN ANTONIO PAREDES-ZAMORANO

**DATE:**     May 9, 2013

**INTERPRETER NEEDED:**     ✓ Yes     ___ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

___ Cheyenne     ✓ Casper     ___ Lander     ___ No Preference

**VICTIM:**     ___ Yes     ✓ No

**SEAL CASE:**     ___ Yes     ✓ No

**OFFENSE:**     18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2)
(Illegal Alien in Possession of Firearm)

**PENALTIES:**     0-10 YEARS IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**AGENT:**     Matt Huffman/ICE     **AUSA:**     Todd I. Shugart

**ESTIMATED TIME OF TRIAL:**     ✓ 1-5 days     ___ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

✓ Yes     ___ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

___ Yes     ___ No